82,703·01

TO: CCURT OF CRIMINAL APPEALS OF TEXAS
ATTN: ABEL ACOSTA,CLERK OF THE COURT
PO BOX 12308,CAPITAL STATION
AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk

FROM: DONALD CAMPBELL #1355871
ESTELLE UNIT
264 FM 3478
HUNSVILLE TEXAS 77320

CLERK OF THE COURT....
    I AM WRITING THIS LETTER BECAUSE THERE SEEMS TO BE SOME KIND
OF CONFUSION. I JUST RECEIVED NOTICE FROM YOU THAT MY WRIT OF
HABEAS CORPUS WAS RECEIVED BY THIS COURT AND IS WAITING DECISION.
THE DATE YOU SAID IT WAS RECEIVED WAS 1/9/2015. THAT IS THE DATE
THAT I FILED AN APPLICATION FOR WRIT OF MANDAMUS. I AM FIGHTING
MY COUNTY TO SEND YOU MY 11:07.
    HAVE I MISSED SOMETHING AND THIS COURT DOES IN FACT HAVE MY
11:07 OR DOES THIS COURT POSSES MY WRIT OF MANDAMUS?
    THE REASON I ASK IS THAT MARTIN COUNTY IS IN FACT PAST IT'S
DEADLINE SET FORTH BY THIS COURT TO RESPOND TO THE WRIT OF MAN
DAMUS THAT WAS FILED BY MYSELF TO THIS COURT ON 1/9/2015.
    THANK YOU FOR YOUR TIME,AND ANY INFORMATION REGARDING THIS
TOPIC WILL BE GREATLY APPRECIATED.

RESPECTFULLY
DONALD CAMPBELL #1355871
ESTELLE UNIT
264 FM 3478
HUNTSVILLE TEXAS 77320